

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>Jose Marcial NIEBLAS NUNEZ,<br><br>          Defendant. | Case No.: '21 MJ3160<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 18, U.S.C., Sec. 111(a)(1) and (b) –<br>Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about August 2, 2021, within the Southern District of California, defendant, Jose Marcial NIEBLAS Nunez, did intentionally and forcibly assault a person named in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, a United States Customs and Border Protection Officer (CBPO) Edward Oliver IV, involving physical contact, to wit: defendant bit CBPO Oliver's forearm with his teeth and stabbed CBPO Oliver's leg with a metal rusty object, while CBPO Oliver was engaged in the performance of his official duties, inflicting bodily injury; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                                Special Agent Robin Wren
                                                Homeland Security Investigations

Sworn to before me and subscribed by telephone, this the 3rd[th] day of August 2021.

                                                HON LINDA LOPEZ
                                              United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On August 2, 2021, at approximately 2:45AM, Jose Marcial NIEBLAS Nunez, a Mexican Citizen, was attempting to gain entry without inspection to the United States at the San Ysidro, California, Port of Entry.

While assigned to vehicle primary inspection lanes, U.S. Customs and Border Protection (CBP) Officers witnessed NIEBLAS approach the inspection booth on foot near preprimary lane #19. CBP Officers witnessed NIEBLAS attempt to make entry by running north near lane #19. After initial contact was made with NIEBLAS, CBPO Edward Oliver IV attempted to apprehend NIEBLAS by taking him down. During the apprehension attempt, CBPO Oliver felt a sharp pain in his leg and noticed a metal rusty object being used to stab into his leg by NIEBLAS. After NIEBLAS took the metal rusty object out of the CBPO Oliver's leg, CBPO Oliver then noticed that NIEBLAS was biting his arm and would not let go of his forearm with his clenched teeth. Other CBP Officers on scene were able to aid in securing NIEBLAS in handcuffs and escort him to the Outbound Security Office.

Due to Officer safety concerns, HSI agents decided not to interview NIEBLAS because of his violent tendencies. NIEBLAS was arrested and charged with violation(s) of Title 18 USC 111(a)(1) and (b), Assault on a Federal Officer, and booked into the San Diego Metropolitan Center.